UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

Versa Marketing, Inc.

Case No. 18-13678

Debtor(s).

AMENDMENT COVER SHEET

This form shall not be used to amend or modify plans.

I am amending the following documents:

- [ ] Petition
- [✓] Creditor Matrix
- [✓] List of 20 Largest Unsecured Creditors
- [✓] Schedules (check appropriate boxes).
  - [✓] A/B [ ] C [✓] D [ ] E/F [ ] G [ ] H [ ] I [ ] J
- [✓] Summary of Schedules of Assets and Liabilities
- [✓] Statement of Financial Affairs
- [ ] Statement of Intention
- [ ] List of Equity Security Holders

A fee of $31 is required for:

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: 10/23/18     Attorney's or Pro Se Debtor's Signature: _/s/ Riley C. Walter_
Printed Name: Riley C. Walter #91839

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: 10.23.18
_A J Goularte_
Debtor's Signature

Dated: _____
_____
Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. *Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or Pro Se debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Checks and money orders should be payable to "Clerk, U.S. Bankruptcy Court." *(NOTE: No personal checks will be accepted.)*

Form EDC 2-015, Rev. 5/1/17

## Amended List of the 20 Largest Creditors

| Creditor | Amount |
|---|---|
| Frescos de Exportacion, SPR de RL | $716,379.62 |
| West Liberty Foods dba | $266,706.60 |
| Packaging Corporation of America | $183,240.41 |
| Italia Foods | $145,627.60 |
| BrucePac | $127,237.20 |
| M & G Truck Brokerage | $116,294.50 |
| Allied Packing Corp. | $99,417.05 |
| Philadelphia Macaroni Company | $93,316.50 |
| Seenergy Foods Limited | $69,076.42 |
| Alliance Creative Group | $56,387.88 |
| B and D Foods | $54,366.00 |
| Bedrock Logistics, LLC Dept. # 41747 | $54,346.23 |
| Daymon Worldwide, Inc. | $52,559.06 |
| Blakeman Transportation | $51,200.57 |
| Fiore Di Pasta, Inc. | $46,112.04 |
| Marketing Concepts Group | $43,784.97 |
| JF Enterprises | $41,900.00 |
| Pepper Source | $39,321.92 |
| Freedom Packaging | $32,553.50 |
| Bemis Company | $32,340.56 |
| Zengistics, Inc. | $31,518.25 |
| Total Quality Logisitics | $31,450.00 |
| Y Not Foods, Inc. | $29,204.38 |
| Spicer Rudstrom, PLLC | $26,741.90 |
| Synergy Logistics, LLC | $25,652.50 |

**Amended to remove secured creditors Smith Frozen Foods, Lakeside Foods, Inc., Yamato Corporation, CH Foods, Inc, Dickinson Frozen Foods, Inc., Norpac Services, Oxford Frozen Food, Bonduelle, Inc.; add Daymon Worlwide, Inc., Marketing Concepts Group, Zengistics, Inc, Total Quality Logisitce, YNot Foods, Inc., Spicer Rudstrom, PLLC, Synergy Logisticsm LLC; and to refelct the claim amount as listed on schedule F filed on September 21, 2018.

Fill in this information to identify the case:

Debtor name: **Versa Marketing, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known): 

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*........................................................................ $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................... $     18,131,900.42

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................... $     18,131,900.42

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $     3,160,159.20

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................. $     186,750.99

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........... +$     2,889,271.66

4. **Total liabilities** ........................................................................
   Lines 2 + 3a + 3b     $     6,236,181.85

Fill in this information to identify the case:

Debtor name: **Versa Marketing, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known): _____

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor     **Current value of debtor's interest**

2. **Cash on hand**     **$750.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fresno First Bank | Business Checking | 0003 | $20,510.75 |
| 3.2. | Fresno First Bank | Reserves | 0548 | $305,786.10 |

**Amended to remove clearing account previously listed

### Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

    ☐ No. Go to Part 6.
    ☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |

| Debtor | Versa Marketing, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |
| | **Inventory of finished goods | | Unknown | $400,299.30 |

**Amended to reflect correct value of finished goods

Fill in this information to identify the case:

Debtor name: **Versa Marketing, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☑ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.2** **\*\*Bonduelle, Inc.**
Creditor's Name

62780 Collection Center Drive
Chicago, IL 60693
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Potential PACA claimant**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,929.40

**\*\*Amended to correct claim amount and move from schedule F to schedule D**

---

**2.7** **\*\*First Insurance Funding**
Creditor's Name

450 Skokie Blvd, Suite 1000
Northbrook, IL 60062
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Interest in insurance policy**

Describe the lien
**Financing agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$11,624.00

| Debtor | Versa Marketing, Inc. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Amended to add secured creditor First Insurance Funding

---

| 2.13 | **Michigan Freeze Pack | Describe debtor's property that is subject to a lien | $24,304.00 |
|---|---|---|---|
| | Creditor's Name | Ptential PACA Claimant | |

PO Box 30
Hart, MI 49420
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Date debt was incurred

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Amended to correct claim amount and move from schedule F to schedule D

---

| 2.15 | **NORPAC Services | Describe debtor's property that is subject to a lien | $194,434.56 |
|---|---|---|---|
| | Creditor's Name | Potential PACA claimant | |

PO Box 842371
Los Angeles, CA 90084
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Date debt was incurred

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Amended to correct claim amount and move from schedule F to schedule D

---

| 2.17 | **Oxford Frozen Foods Limited | Describe debtor's property that is subject to a lien | $13,804.00 |
|---|---|---|---|
| | Creditor's Name | Potential PACA claimant | |

39043 Treasury Center
Chicago, IL 60694
Creditor's mailing address

Describe the lien

| Debtor | Versa Marketing, Inc. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

\*\*Amended to correct claim amount and move from schedule F to schedule D

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Versa Marketing, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☑ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Al Goularte<br>4623 N. First Street<br>Fresno, CA 93726<br>CEO | See attached | | Payroll and reimbursement of business expenses |

**Amended to show all payments made to Al Goularte within the last year prior to filing

### Part 6: Certain Payments or Transfers

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1<br><br>**B & G Foods<br>761 Main Ave<br>Norwalk, CT 06851<br><br>Relationship to debtor | Bowl packing equipment was transferred to B&G Foods. B&G Foods assumed all lease payments to Leaf Captial totaling $169,867.88. The value of the equipment was equal to the assumed lease payments. | 8/2/2018 | $0.00 |

**Amended to reflect transfer made to B&G Foods

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Attachment #1 to SA #4

6:37 AM
10/22/18
Accrual Basis

**VERSA MARKETING, INC.**
**Register QuickReport**
*September 8, 2017 through September 7, 2018*

Alfred J. Goularte

| Date | Num | Account | Amount |
|---|---|---|---|
| 09/11/2017 | 47391 | Fresno First Bank | -14,735.80 |
| 11/07/2017 | 47721 | Fresno First Bank | -23,819.07 |
| 12/18/2017 | 47934 | Fresno First Bank | -19,606.45 |
| 01/22/2018 | 48102 | Fresno First Bank | -20,015.22 |
| 06/28/2018 | 48838 | Fresno First Bank | -22,277.21 |
| 07/20/2018 | 48920 | Fresno First Bank | -22,267.74 |
| 07/31/2018 | 48993 | Fresno First Bank | -33,257.04 |
| 08/20/2018 | 49020 | Fresno First Bank | -3,811.12 |

Total Alfred J. Goularte     -159,789.65
TOTAL     -159,789.65

Amount Al Goularte received as Shareholder

Attachment #2 to SA #4

6:44 AM
10/22/18

**VERSA MARKETING, INC.**
**Transactions by Payroll Item**
September 8, 2017 through September 7, 2018

| Type | Date | Num | Name | Amount |
|---|---|---|---|---|
| Salary | | | | |
| Paycheck | 09/15/2017 | DD1043 | Alfred J Goularte | 19,230.77 |
| Paycheck | 09/29/2017 | DD1050 | Alfred J Goularte | 19,230.77 |
| Paycheck | 10/13/2017 | DD1057 | Alfred J Goularte | 19,230.77 |
| Paycheck | 10/27/2017 | DD1064 | Alfred J Goularte | 19,230.77 |
| Paycheck | 11/10/2017 | DD1072 | Alfred J Goularte | 19,230.77 |
| Paycheck | 11/22/2017 | 47804 | Alfred J Goularte | 19,230.77 |
| Paycheck | 12/08/2017 | DD1090 | Alfred J Goularte | 19,230.77 |
| Paycheck | 12/29/2017 | 47980 | Alfred J Goularte | 19,230.77 |
| Paycheck | 01/05/2018 | DD1108 | Alfred J Goularte | 19,230.77 |
| Paycheck | 01/19/2018 | DD1117 | Alfred J Goularte | 19,230.77 |
| Paycheck | 02/02/2018 | DD1126 | Alfred J Goularte | 19,230.77 |
| Paycheck | 02/16/2018 | DD1135 | Alfred J Goularte | 19,230.77 |
| Paycheck | 03/02/2018 | DD1144 | Alfred J Goularte | 19,230.77 |
| Paycheck | 03/16/2018 | DD1153 | Alfred J Goularte | 19,230.77 |
| Paycheck | 03/30/2018 | DD1162 | Alfred J Goularte | 19,230.77 |
| Paycheck | 04/13/2018 | DD1171 | Alfred J Goularte | 19,230.77 |
| Paycheck | 04/27/2018 | DD1180 | Alfred J Goularte | 19,230.77 |
| Paycheck | 05/25/2018 | DD1199 | Alfred J Goularte | 19,230.77 |
| Paycheck | 06/08/2018 | DD1208 | Alfred J Goularte | 19,230.77 |
| Paycheck | 06/22/2018 | DD1216 | Alfred J Goularte | 19,230.77 |
| Paycheck | 07/06/2018 | DD1224 | Alfred J Goularte | 11,538.46 |
| Paycheck | 07/20/2018 | DD1231 | Alfred J Goularte | 11,538.46 |
| Paycheck | 08/03/2018 | DD1238 | Alfred J Goularte | 11,538.46 |
| Paycheck | 08/17/2018 | DD1250 | Alfred J Goularte | 11,538.46 |
| Paycheck | 08/31/2018 | DD1254 | Alfred J Goularte | 11,538.46 |
| Paycheck | 09/07/2018 | DD1262 | Alfred J Goularte | 5,769.23 |
| Total Salary | | | | 448,076.93 |
| TOTAL | | | | 448,076.93 |

Amount Al Goularte received through payroll

AMENDED CREDITOR Matrix.102218

Versa Marketing, Inc.

Creditors added:

First Insurance Funding
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062