**2**

Scott E. Blakeley (State Bar No. 141418)
E-Mail: SEB@BlakeleyLLP.com
Ronald A. Clifford (State Bar No. 246542)
E-Mail: RClifford@BlakeleyLLP.com
BLAKELEY LLP
18500 Von Karman Ave., Suite 530
Irvine, California 92612
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Proposed Counsel for the
Official Committee of Unsecured Creditors of
Versa Marketing, Inc.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| In re: | Case No. 18-13678 |
| VERSA MARKETING, INC., | |
| | Chapter 11 |
| Debtor. | |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Blakeley LLP ("BLLP"), proposed counsel for the Official Committee of Unsecured Creditors of Versa Marketing Inc. (the "Debtor"), hereby requests that all

notices and papers given or required to be given in this case pertaining to the above-referenced bankruptcy proceeding be served upon the following:

Ronald A. Clifford, Esq.
Scott E. Blakeley, Esq.
Blakeley LLP
18500 Von Karman Ave., Suite 530
Irvine, CA 92612
Telephone: (949) 260-0611
Facsimile: (949) 260-0613
E-Mail: rclifford@blakeleyllp.com
E-Mail: seb@blakeleyllp.com

**PLEASE TAKE FURTHER NOTICE** that BLLP requests that for all notice purposes, the above address be included on the master mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that this Request for Special Notice includes the notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, among others, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, or any other document brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, facsimile or otherwise.

Dated: October 29, 2018

BLAKELEY LLP

By: ___/s/Ronald A. Clifford_____
    Scott E. Blakeley
    Ronald A. Clifford
Proposed Counsel for the Official
Committee of Unsecured Creditors of Versa
Marketing Inc.